IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Peter John Grzeskowiak, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-cv-07 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION AND** |
| Nodak Electric, | ) | **DISMISSING CASE** |
| | ) | |
| Defendant. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Plaintiff's complaint be dismissed with prejudice for failure to state a claim upon which relief can be granted (Doc. #10). The Court has reviewed the Report and Recommendation and the entire file, and finds the Magistrate Judge's recommendation is appropriate. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 21st day of May, 2014.

                                                                                 */s/ Ralph R. Erickson*
                                                                                 Ralph R. Erickson, Chief Judge
                                                                                  United States District Court